IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>PINNACLE DEVELOPMENT PARTNERS, LLC, and GENE A. O'NEAL<br><br>  Defendants. | CIVIL ACTION NO. 06 CV 2431 |

**RECEIVER'S UNOPPOSED MOTION TO APPROVE REAL PROPERTY
<u>DISPOSITION PROCEDURES</u>**

S. Gregory Hays, Receiver for Defendant Pinnacle Development Partners LLC ('Pinnacle" or the "Receiver Estate"), files his Unopposed Motion for the Court to Approve Real Property Distribution Procedures. The proposed Real Property Distribution Procedures is attached hereto as Exhibit "A." A proposed Order is attached hereto as Exhibit "B."

In support of this motion, the Receiver relies on his Brief in Support, filed contemporaneously herewith.

WHEREFORE, S. Gregory Hays, Receiver, respectfully requests that the Court grant his Unopposed Motion for the Court to Approve Real Property Distribution Procedures

This 12th day of March, 2007.

                                  By:    */s/ J. David Dantzler, Jr.*
                                          J. David Dantzler, Jr.
                                          Georgia Bar No. 205125
                                          Thomas B. Bosch
                                          Georgia Bar No. 068740
                                          Attorney for S. Gregory Hays,
                                          Receiver for Defendants Pinnacle
                                          Development Partners, LLC

                                          Troutman Sanders LLP
                                          Bank of America Plaza, Suite 5200
                                          600 Peachtree Street, N.E.
                                          Atlanta, Georgia  30308-2216

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLE DEVELOPMENT PARTNERS, LLC, and GENE A. O'NEAL<br><br>Defendants. | CIVIL ACTION NO. 06 CV 2431 |

## **CERTIFICATE OF SERVICE**

This shall certify that on March 12, 2007, I electronically filed this UNOPPOSED MOTION FOR THE COURT TO APPROVE REAL PROPERTY DISTRIBUTION PROCESS with the Clerk of Court using the CM/EFC system, which will automatically send an e-mail notification of such filing to the following attorneys of record:

James Alexander Rue

The undersigned hereby further certifies that the within and foregoing BRIEF IN SUPPORT OF RECEIVER'S MOTION FOR THE COURT TO APPROVE REAL PROPERTY DISTRIBUTION PROCESS was served via electronic mail upon counsel for Defendant Gene A. O'Neal:

Michael J. O'Leary
moleary@molearylaw.com

This 12th day of March, 2007.

By: */s/ J. David Dantzler, Jr.*
J. David Dantzler, Jr.
Georgia Bar No. 205125
Attorney for S. Gregory Hays,
Receiver For Defendant Pinnacle
Development Partners LLC

10