# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>PINNACLE DEVELOPMENT PARTNERS LLC and GENE A. O'NEAL,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>06 CV 2431 |

## [PROPOSED] ORDER APPROVING REAL PROPERTY DISTRIBUTION PROCEDURES

This matter having come before the Court on S. Gregory Hays' Unopposed Motion for the Court to Approve Real Property Distribution Procedures, and the Court having considered the Motion, Brief in Support, and the proposed Real Property Distribution Procedures, the Court GRANTS the Receiver's motion and it is hereby ORDERED that the Real Property Distribution Procedures are approved and will govern the transfer of real property held by the Receiver Estate.

IT IS SO ORDERED this ____ day of _____ 2007.

 

_____
Jack T. Camp, Judge
United States District Court
Northern District of Georgia