IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLE DEVELOPMENT PARTNERS, LLC, and GENE A. O'NEAL<br><br>Defendants. | CIVIL ACTION NO. 06 CV 2431 |

### RECEIVER'S MOTION FOR
### APPROVAL OF PRIVATE SALE OF REAL PROPERTY
### (15 Oxbo Road, Roswell, Georgia 30075)

S. Gregory Hays, the court-appointed Receiver for Pinnacle Development Partners, LLC, files this Motion for Approval of Sale of Real Property and requests that the Court approve the Receiver's private sale of a parcel of real property located at 15 Oxbo Road, Roswell, Georgia 30075. In Support of this motion, the Receiver shows as follows:

# INTRODUCTION

1.

Pursuant to the terms of an Order dated October 11, 2006 (the "Receivership Order"), S. Gregory Hays was appointed as Receiver for Pinnacle Development Partners, LLC ("Pinnacle") and its assets, including all assets of partnerships or other entities controlled by Pinnacle (the "Receiver Estate"). Among other things, this Court authorized and directed the Receiver to take custody and control of assets of the Receiver Estate, to sell assets of the Receiver Estate, and to marshal and administer assets held by third-parties. (Receivership Order §§ VII and IX). Since being appointed, the Receiver has taken custody and control of various assets of the Receiver Estate, including 21 parcels of real property (collectively the "Properties").[1]

2.

The Receiver has devoted substantial efforts to analyzing the legal and factual issues related to each parcel of real property and to the development of a plan for the ultimate disposition of the Properties. A detailed report of each of the

---

[1] Three of the 21 parcels actually consist of two contiguous properties. They are: (a) 1484 and 1500, Columbia Drive, Austell, GA; (b) 406 E. Rhinehill Road and 2217 Browns Mill Road, Atlanta, GA; and, (c) 8 and 16 Clifton Way, Atlanta, GA.

Properties is attached to the Receiver's Second Interim Report, filed on January 26, 2007.

3.

In furtherance of the Receiver's ability to dispose of the Properties and to efficiently obtain cash returns for the Receiver Estate, the Court entered an Order on April 18, 2007, approving the Receiver's Real Property Disposition Procedures (the "Disposition Procedures").

4.

The Disposition Procedures establish the process by which the Receiver may sell one or more of the Properties by "private sale," as defined in 28 U.S.C. § 2001. The Disposition Procedures grant the Receiver considerable discretion in entering into a private sale, subject to certain conditions. A copy of the Disposition Procedures is attached hereto as Exhibit A.

## SALE OF OXBO PROPERTY

5.

Pursuant to the terms of the Disposition Procedures, the Receiver is now prepared to proceed with the sale of the Property located at 15 Oxbo Road, Roswell, Georgia 30075 (the "Oxbo Property"). As described in more detail below, the Receiver has complied with the terms of the Disposition Procedures, and

therefore requests that the Court enter an order approving the sale of the Oxbo Property to W. Curtis Mills, Jr., for the price of $700,000.

6.

The Oxbo Property was originally purchased by Pinnacle on August 21, 2006, for a purchase price of $820,000. In his review of Pinnacle's records, the Receiver was unable to determine whether Pinnacle commissioned an appraisal prior to purchasing the Oxbo Property.

7.

At the time Pinnacle purchased the Oxbo Property, it was being used as a multi-family rental property consisting of eighteen (18) units, twelve (12) of which were occupied by tenants. Almost immediately after it purchased the Oxbo Property, Pinnacle began the process of removing tenants, both voluntarily and through eviction proceedings. Eventually, Pinnacle removed all tenants from the Oxbo Property and it has been completely vacant since that time. The removal by Pinnacle of the Oxbo Property's tenants significantly reduced the property's value (*i.e.*, since the property was no longer income producing property) and adversely affected the Receiver's ability to market the Oxbo Property to prospective purchasers.

8.

On February 27, 2007, W. Curtis Mills, Jr. ("Mills") submitted a written offer to purchase the Oxbo Property for $650,000. Subsequently, the Receiver and Mills negotiated the purchase price, ultimately agreeing to a price of $700,000.

9.

On March 29, 2007, the Receiver entered into a Purchase and Sale Agreement with Mills, whereby, subject to this Court's approval, the Receiver agreed to sell the Oxbo Property to Mills for a purchase price of $700,000 (the "Mills Purchase and Sale Agreement"). On May 30, 2007, the Mills Purchase and Sale Agreement was amended to delete the rezoning contingency included in the initial Mills Purchase and Sale Agreement. A copy of the Mills Purchase and Sale Agreement, as amended, is attached hereto as Exhibit B.

10.

Prior to publishing notice of the Mills Purchase and Sale Agreement, the Receiver, on March 29, 2007, received from Wellesley Brown an offer to purchase the Oxbo Property for $800,000. Brown, however, subsequently withdrew his offer, and no additional offers were made prior to the Receiver's publication of notice of the terms of the Mills Purchase and Sale Agreement.

11.

As required by Section 4(b) of the Disposition Procedures, in order to allow for competing bids, the Receiver published notice of the terms of Mills Purchase and Sale Agreement in the Atlanta Journal Constitution for a period of ten (10) days. The Receiver's notice was published from April 9, 2007 through April 18, 2007. A copy of the notice of the Publisher's Affidavit confirming the dates of publication are attached hereto as Exhibit C.

12.

In response to the Receiver's notice of sale of the Oxbo Property, the Receiver received two qualifying competing bids, as defined by Section 4(b) of the Disposition Procedures – *i.e.,* bids with a purchase price at least ten percent (10%), or $70,000 higher than the purchase price in the Mills Purchase and Sale Agreement:

(a) On April 18, 2007, R.K. Mills, LLC ("RKM") offered to purchase the Oxbo Property for $770,000. The Receiver entered into negotiations with RKM, and the parties entered into a contract on May 14, 2007. At that time, the Receiver had binding contracts with both Mills and RKM. RKM was given the right to inspect the Oxbo Property and, if such inspection did not meet its satisfaction, it had the right to terminate the contract at any time

prior to the end of business May 28, 2007. RKM exercised its right to terminate on May 28, 2007. At that time, Mills' inspection period, which had been tolled by Agreement, resumed.

(b) On April 18, 2007, Thomas B. Chismar offered to purchase the Oxbo Property for $770,000. Chismar failed to remit to the Receiver the five percent (5%) in certified funds required by the Disposition Procedures. Accordingly, this bid did not qualify as a bona fide offer.

13.

No additional competing bids have been timely made for purchase of the Oxbo Property.

14.

Mills' inspection period has expired and the Receiver is prepared to sell the Oxbo Property to Mills pursuant to the terms of the Mills Purchase and Sale Agreement. Accordingly, the Receiver seeks the Court's approval of the Mills Purchase and Sale Agreement.

15.

As required by the Disposition Procedures, a copy of the Mills Purchase and Sale Agreement is attached hereto as Exhibit B.

16.

As required by the Disposition Procedures, the Receiver has considered the following three appraisals in arriving at the sales price:

(a) The April 13, 2007, appraisal prepared by Pritchett, Ball & Wise, Inc., indicating an appraised value of $720,000, a true and correct copy of which is attached hereto as Exhibit D.

(b) The April 18, 2007, written bona fide offer of R.K. Mills, LLC in the amount of $770,000, a true and correct copy of which is attached hereto as Exhibit E.

(c) The purchase price of $820,000 paid by Pinnacle on August 21, 2006, as reflected in the closing statement executed at the time of Pinnacle's purchase, a true and correct copy of which is attached hereto as Exhibit F.

17.

In determining that the $700,000 purchase price in the Mills Purchase and Sale Agreement is a fair price for the Oxbo Property, the Receiver also considered the relative lack of interest in the Oxbo Property. Although the Oxbo Property has been on the market since March 1, 2007, the Receiver has not received any bona fide offers in excess of $700,000 that have not later been withdrawn. Moreover, because Pinnacle removed all tenants from the Oxbo Property, the property

currently is not generating any income, and is worth considerably less than when purchased by Pinnacle.

18.

The Receiver believes that if the Court does not approve the Mills Purchase and Sale Agreement, it may be difficult to sell the Oxbo Property for an amount equal to $700,000. Approval of the Mills Purchase and Sale Agreement will allow the Receiver Estate to avoid incurring additional costs associated with maintenance of and sales efforts with respect to the Oxbo Property.

## CONCLUSION

For the reasons set forth herein, the Receiver respectfully requests that this Court issue an order Approving the Mills Purchase and Sale Agreement for the Oxbo Property.

Respectfully submitted this 27th day of June, 2007.

By: */s/ J. David Dantzler, Jr.*
J. David Dantzler, Jr.
Georgia Bar No. 205125
Attorney for S. Gregory Hays,
Receiver for Defendants Pinnacle
Development Partners, LLC

Troutman Sanders LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216

## Local Rule 7.1D Certificate of Compliance

The undersigned certifies that this motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B

                        By:    */s/ J. David Dantzler, Jr.*
                                      J. David Dantzler, Jr.
                                      Georgia Bar No. 205125

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLE DEVELOPMENT PARTNERS, LLC, and GENE A. O'NEAL<br><br>Defendants. | CIVIL ACTION NO. 06 CV 2431 |

## CERTIFICATE OF SERVICE

This is to certify that on June 27, 2007, I electronically filed this **RECEIVER'S MOTION FOR APPROVAL OF PRIVATE SALE OF REAL PROPERTY (15 Oxbo Road, Roswell, Georgia 30075)** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> James Alexander Rue
> Michael J. O'Leary
> Michael D. Watson

I further certify that, on June 27, 2007, the foregoing has been served to the following non-CM/ECF participants by United States Mail, postage pre-paid:

>R. K. Mills, LLC
>3409 Rennes Dr., N.E.
>Atlanta, GA  30319-2418

>Wellesley Brown
>Re/Max Classic of Atlanta
>5370 Highway 78, Suite 1040
>Stone Mountain, GA 30087

This 27th day of June 2007.

>By:  /s/ J. David Dantzler, Jr.
>J. David Dantzler, Jr.
>Georgia Bar No. 205125
>Attorney for S. Gregory Hays,
>Receiver For Defendant Pinnacle
>Development Partners LLC

>Troutman Sanders LLP
>Bank of America Plaza, Suite 5200
>600 Peachtree Street, N.E.
>Atlanta, Georgia  30308-2216